**John HOGAN, Plaintiff–Appellant,**

**v.**

**Brian FISCHER, Commissioner of the New York State Department of Correctional Services, James T. Conway, Superintendent, Paul Chappius, Dep-**

uty Superintendent for Security, Edwin Mendez, Sergeant, Craig Balcer, Sergeant, Christopher J. Erhardt, Correction Officer, Gary J. Pritchard, Correction Officer, Kevin J. Gefert, Correction Officer, Nicholas P. Lanni, Correction Officer, Nicholas J. Piechowicz, Correction Officer, John Doe # 1, Correction Officer, John Doe # 2, Correction Officer, John Doe # 3, Correction Officer, John Doe # 4, Correction Officer, John Doe # 5, Correction Officer, John Doe # 6, Correction Officer, John Doe # 7, Correction Officer, Jane Doe # 1, Nurse, and Jane Doe # 2, Nurse, Defendants–Appellees.

No. 10–267–pr.

United States Court of Appeals, Second Circuit.

Feb. 22, 2011.

John Hogan, Attica Correctional Facility, Attica, NY, pro se.

Robert M. Goldfarb, Assistant Solicitor General (Andrew M. Cuomo, Attorney General, Barbara D. Underwood, Solicitor General, Nancy A. Spiegel, Senior Assistant Solicitor General, on the brief), State of New York, New York, NY, for Appellees.

PRESENT: JOSÉ A. CABRANES, DENNY CHIN, Circuit Judges and PAUL A. CROTTY, District Judge.*

**SUMMARY ORDER**

Plaintiff–Appellant John Hogan, *pro se* and incarcerated, appeals from the District Court's interlocutory order denying his applications for a preliminary injunction. We assume the parties' familiarity with the underlying facts, procedural history of the case, and issues on appeal.

As a matter of Article III standing, "in general, an appeal from the denial of a preliminary injunction is mooted by the occurrence of the action sought to be enjoined." *Moore v. Consol. Edison Co. of N.Y.*, 409 F.3d 506, 509 (2d Cir.2005) (quotation marks omitted). Here, it is undisputed that Hogan sought to enjoin the defendants to transfer him out of Attica Correctional Facility, and that he has since been granted such a transfer. According-

* The Honorable Paul A. Crotty, of the United States Court for the Southern District of New York, sitting by designation.

ly, this appeal is hereby **DISMISSED** as moot.